| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | GREGORY S. GILCHRIST (Bar # 111536) |
| 2 | GIA L. CINCONE (Bar # 141668) |
| | RYAN BRICKER (Bar # 269100) |
| 3 | Two Embarcadero Center, 8th Floor |
| | San Francisco, California  94111 |
| 4 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 5 | Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com, |
| | rbricker@kilpatricktownsend.com |

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., a Delaware Corporation, | Case No. 3:12-cv-02292-RS |
| Plaintiff, | **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST AND** ~~PROPOSED~~ **ORDER FOR VOLUNTARY DISMISSAL OF ITS CLAIMS AGAINST DEFENDANTS** |
| v. | |
| VANITY SHOP OF GRAND FORKS, INC., a North Dakota corporation; VANITY, INC., a North Dakota corporation, | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff Levi Strauss & Co. voluntarily seeks to dismiss with prejudice its claims in this Action in accordance with the terms of a settlement agreement between the parties.

Dated: July 10, 2012.

Respectfully submitted,

*/s/ Gregory S. Gilchrist*

KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
RYAN BRICKER (Bar # 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com, rbricker@townsend.com

Attorneys for Plaintiff LEVI STRAUSS & CO.

IT IS SO ORDERED.

Dated: 7/13/12

_____
Hon. Richard Seeborg
United States District Judge

REQUEST FOR VOLUNTARY DISMISSAL
Levi Strauss & Co. v. Vanity Shop of Grand Forks, et al.

- 2 -
Case No. 3:12-cv-02292-RS