1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   RYAN BRICKER (Bar # 269100)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com,
   rbricker@kilpatricktownsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                        UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  LEVI STRAUSS & CO., a Delaware          Case No. 3:12-cv-02292-RS
    Corporation,
13                                          **PLAINTIFF LEVI STRAUSS & CO.'S
                   Plaintiff,               REQUEST AND ~~PROPOSED~~ ORDER
14                                          FOR VOLUNTARY DISMISSAL OF
            v.                              ITS CLAIMS AGAINST
15                                          DEFENDANTS**
    VANITY SHOP OF GRAND FORKS, INC., a
16  North Dakota corporation; VANITY, INC., a
    North Dakota corporation,
17
                   Defendants.
18

19

20          Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff Levi Strauss & Co. voluntarily seeks to dismiss

21  with prejudice its claims in this Action in accordance with the terms of a settlement agreement

22  between the parties.

23

24

25

26

27

28

1

Dated: July 10, 2012.

2

3

Respectfully submitted,

4

5

6

/s/ Gregory S. Gilchrist

7

KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)

8

RYAN BRICKER (Bar # 269100)
Two Embarcadero Center, 8th Floor

9

San Francisco, California  94111
Telephone:  (415) 576-0200

10

Facsimile:  (415) 576-0300
Email:  gsgilchrist@townsend.com,

11

glcincone@townsend.com, rbricker@townsend.com

12

Attorneys for Plaintiff LEVI STRAUSS & CO.

13

14

15

16

IT IS SO ORDERED.

17

Dated:  __7/13/12_____

18

Hon. Richard Seeborg
United States District Judge

19

20

21

22

23

24

25

26

27

28